Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Quincy Reed

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| QUINCY REED, | ) | Case No.: 2:12-cv-09662-~~CAS~~-AGR |
|---|---|---|
| | ) | |
| | ) | ORDER OF DISMISSAL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.
DATE:  April 30, 2013

_____
THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

-1-

1

DATE: April 25, 2013                    Respectfully submitted,

2

LAW OFFICES OF LAWRENCE D. ROHLFING
                                        /s/ Denise Bourgeois Haley
                            BY: _____

3

Denise Bourgeois Haley
Attorney for plaintiff Quincy Reed

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:12-CV-09662-CAS-AGR**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on April 30, 2013.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Denise Bourgeois Haley*

_____
Denise Bourgeois Haley
Attorneys for Plaintiff
_____

-3-